ANDRÉ BIROTTE JR.
United States Attorney  **JS-6**
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney
California State Bar No. 116429
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819
    robert.lester@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FEDERICO SANCHEZ LEYVA<br>ANNA ALEXANDROVA<br><br>    Plaintiffs,<br><br>  v.<br><br>IRENE MARTIN, Acting District Director of Los Angeles Citizenship and Immigration Services<br><br>    Defendant. | No. CV 12-5766-PA(Ex)<br><br>**ORDER DISMISSING ACTION PURSUANT TO STIPULATION** |

    Pursuant to stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each side shall bear its own attorney's fees and costs.

DATED: October 26, 2012

                                      _____
                                      UNITED STATES DISTRICT COURT